IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIAL-PORTELA & CA. S.A., )<br>BIAL-HOLDING, S.A. and )<br>SUNOVION PHARMACEUTICALS )<br>INC., )<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>ALKEM LABORATORIES )<br>LIMITED, )<br>)<br>        Defendant. ) | Civ. No. 18-304-CFC-CJB |
| BIAL-PORTELA & CA. S.A., )<br>BIAL-HOLDING, S.A. and )<br>SUNOVION PHARMACEUTICALS )<br>INC., )<br>)<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>ALKEM LABORATORIES )<br>LIMITED, )<br>)<br>        Defendant. ) | Civ. No. 20-786-CFC-CJB |

BIAL-PORTELA & CA. S.A., )
BIAL-HOLDING, S.A. and        )
SUNOVION PHARMACEUTICALS )
INC.,                        )
                             )
   Plaintiffs,   )
                             )
  v.      ) Civ. No. 21-186-CFC
                             )
ALKEM LABORATORIES           )
LIMITED,                     )
                             )
   Defendant.  )

---

## ORDER

At Wilmington this Fifteenth day of September in 2022:

**IT IS HEREBY ORDERED** that the parties shall submit no later

September 23, 2022, a proposed order by which the Court may enter final

judgment consistent with the Opinion issued this day.

_____
CONNOLLY, CHIEF JUDGE

2